

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK
F. #2018R01401

*Select Street Address*
*Select City & State*

June 6, 2023

<u>By E-mail</u>

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>United States v. Nicole Daedone and Rachel Cherwitz</u>
           <u>Criminal Docket No. 23-146 (DG)</u>

Dear Judge Bulsara:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                        Respectfully submitted,

                        BREON PEACE
                        United States Attorney

        By:       /s/
                        Gillian Kassner
                        Assistant U.S. Attorney
                        (718) 254-6224

Enclosure

cc:    Clerk of Court (by ECF)
        Defense counsel of record (by ECF)

GK
F.# 2018R01401

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RACHEL CHERWITZ and
NICOLE DAEDONE,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - X

~~PROPOSED~~ O R D E R

CR 23-146 (DG)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Gillian Kassner, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           _June 6, 2023_, 2023

                                       s/ Sanket J. Bulsara
                              HONORABLE SANKET J. BULSARA
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK