UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23 CR 146 |
| v. | NOTICE OF APPEARANCE |
| RACHEL CERWITZ and<br>NICOLE DAEDONE, | |
| Defendants. | |

------------------------------------------------------ X

PLEASE TAKE NOTICE that REID WEINGARTEN, Esq., of Steptoe & Johnson LLP, 1114 Avenue of Americas, New York, NY 10036, is appearing for Defendant, NICOLE DAEDONE, in the above captioned matter.

I hereby certify that I am an attorney duly admitted to practice in this Court.

| | |
|---|---|
| Dated: June 13, 2023<br>New York, NY | STEPTOE & JOHNSON LLP<br><br>By:  /s/ Reid Weingarten  <br>Reid Weingarten<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Phone: 212.506.3900<br>Fax: 212.506.3950<br>E-mail: rweingarten@steptoe.com |