UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23 CR 146 |
| v. | NOTICE OF APPEARANCE |
| RACHEL CERWITZ and<br>NICOLE DAEDONE,<br><br>　　　　　Defendants. | |

------------------------------------------------------ X

     PLEASE TAKE NOTICE that JULIA GATTO, Esq., of Steptoe & Johnson LLP, 1114 Avenue of Americas, New York, NY 10036, is appearing for Defendant, NICOLE DAEDONE, in the above captioned matter.

     I hereby certify that I am an attorney duly admitted to practice in this Court.

| | |
|---|---|
| Dated: June 13, 2023<br>　　　　New York, NY | STEPTOE & JOHNSON LLP<br><br>By:　*/s/ Julia Gatto*　　　　<br>　　　　Julia Gatto<br>　　　　1114 Avenue of the Americas<br>　　　　New York, NY 10036<br>　　　　Phone: 212.378.7587<br>　　　　Fax: 212.506.3950<br>　　　　E-mail: jgatto@steptoe.com |