UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA,                  :         Cr. No. 23-CR-146

                *Plaintiff*,                  :

- against –                                        :

NICOLE DAEDONE,                            :

                *Defendant.*            :

------------------------------X

## PROPOSED ORDER

Upon the application of DEFENDANT, it is **HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Nicole Daedone is the Defendant in the above-captioned matter;

2. Marcus Ratnathicam is the Grantor under that Deed dated September 30, 2020 the property located at 29100 Camp 2 10 Mile Road, Fort Bragg, CA 95437;

3. This Court has ordered Defendant to secure an appearance bond executed in the United States District Court for the Eastern District of New York;

4. The property being posted to secure the bond is located at 29100 Camp 2 10 Mile Road, Fort Bragg, CA 95437;

5. The Defendant authorizes entry of judgment against the property located at 29100 Camp 2 10 Mile Road, Fort Bragg, CA 95437 in the event that Defendant violates the release conditions of her appearance bond;

**IT IS SO ORDERED.**

Dated:   This 27th day of June, 2023

                                                                                          _____

                                                                                          DIANE GUJARATI
                                                                                         UNITED STATES DISTRICT JUDGE
                                                                                         EASTERN DISTRICT OF NEW YORK