

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

LHE:GK/JRS/DL
F. #2018R01401

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 12, 2023

By Email and ECF

Julia Gatto, Esq.
Steptoe & Johnson
1114 Avenue of the Americas
New York, NY 10036
212-506-3900
jgatto@steptoe.com

Jenny Kramer, Esq.
ALSTON & BIRD
90 Park Avenue
New York, NY 10016
+1 212 210 9420
Jenny.Kramer@alston.com

*Counsel for Rachel Cherwitz*

Reid Henry Weingarten, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000
rweingarten@steptoe.com

*Counsel for Nicole Daedone*

    Re:  United States v. Rachel Cherwitz and Nicole Daedone
       <u>Criminal Docket No. 23-146 (DG)</u>

Dear Counsel:

    Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery is being produced to you pursuant to the Protective Order in the above-captioned matter, entered on June 26, 2023. ECF Dkt. No. 26. The records herein were provided by Individual #1, whose identity we will separately disclose to you.

    The production includes the following materials:

- Videos, photos, and video editing files related to OneTaste courses, business practices, publicity, and other offerings, a subset of which contain statements of either one or both defendants (ONETASTE00000001 – ONETASTE00007821 and ONETASTE00012593 – ONETASTE00012838);

- Documents related to OneTaste courses, business practices, publicity, and other offerings, a subset of which contain statements of either one or both defendants (ONETASTE00007821-ONETASTE000012591 and ONETASTE00012861);

- Videos, audio recordings, photos and other files related to OneTaste publicity and branding (ONETASTE00012592, ONETASTE00012594, ONETASTE00012839 - ONETASTE00012846 and ONETASTE00012858 – ONETASTE00012860); and

- Videos and video editing files related to OneTaste courses and events, a subset of which contain statements of either one or both defendants (ONETASTE00012847 - ONETASTE00012857).

Please contact DupeCoop at dupecoop@mac.com and reference the above-captioned case to obtain a copy of the discovery.

You may examine physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

The government renews its request for reciprocal discovery from the defendants. Please note that the defendants' obligations under Fed. R. Crim. P. 16(b) include identification of "all non-impeachment exhibits [the defendants] intend to use in their defense at trial, whether the exhibits will be introduced through a government witness or a witness called by a Defendant." United States v. Napout, No. 15-CR-252 (PKC), 2017 WL 6375729, at *7 (E.D.N.Y. Dec. 12, 2017); accord United States v. Smothers, No. 20-CR-213 (KAM), 2023 WL 348870, at *22 (E.D.N.Y. Jan. 20, 2023).

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

By:   /s/ Lauren H. Elbert
Lauren H. Elbert
Gillian Kassner
Devon Lash
Jonathan Siegel
Assistant U.S. Attorney
(718) 254-7000

Enclosures

cc:    Clerk of the Court (DG) (by ECF) (without enclosures)