Julia Gatto
212 378 7587
jgatto@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



September 29, 2023

<u>VIA ECF (redacted) AND VIA E-MAIL (unredacted)</u>
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *United States v. Rachel Cherwitz and Nicole Daedone,* 23-cr-146 (DG)

Your Honor:

  As counsel for Rachel Cherwitz and Nicole Daedone, we jointly write in advance of the next status conference, scheduled for October 3, 2023. Since the last status conference, the parties have met and conferred in an effort to resolve discovery disputes and to agree upon a proposed schedule for anticipated pre-trial motions. Following those discussions, below is a brief summary of the motions Ms. Cherwitz and Ms. Daedone intend to file and a joint proposal for the timing of their filing.

**Motion to Compel a Bill of Particulars**

  Ms. Cherwitz and Ms. Daedone continue to remain largely in the dark as to the substance and nature of the charges lodged against them. While the Indictment is long on salacious allegations ripped from media reporting relating to OneTaste, it fails to explain how the conduct alleged, even if true, violates the forced labor statute. Even after review of the government's discovery productions, Ms. Cherwitz and Ms. Daedone still do not understand the government's theory of prosecution and how it is the government alleges Ms. Cherwitz and Ms. Daedone violated the law. For example, Ms. Cherwitz and Ms. Daedone do not know what "forced labor" the government alleges was obtained? From whom? Where? When within the Indictment's sweeping 12-year timeframe? And, most significantly, how? For these reasons, Ms. Cherwitz and Ms. Daedone will file a motion seeking a bill of particulars. The parties propose the following schedule for the motion's filing:

   10/24/2023   Motion for a Bill of Particulars
   11/14/2023   Government's Opposition
   11/21/2023   Ms. Cherwitz and Ms. Daedone's Reply

Judge Gujarati   Page 2
September 29, 2023

      Re:    *United States v. Cherwitz et al.,* 23-cr-146 (DG)

**Motion to Compel Production of Materials Pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963)**

      Upon credible information and strong belief, the government is in possession of *Brady* materials, including specific materials Ms. Daedone and Ms. Cherwitz have demanded by letters to the government dated July 11, 2023 (attached hereto as Exhibit A) and September 27, 2023 (attached hereto, without enclosures, as Exhibit B). To date, beyond representing general compliance with its obligations and making a single *Brady* disclosure, the government has yet to meaningfully comply with its obligations. Assuming the parties cannot resolve this through ongoing meet and confer correspondence, Ms. Cherwitz and Ms. Daedone will file a motion asking the Court to compel production of exculpatory materials. The parties propose the following schedule for the motion's filing:

| | |
|---|---|
| 11/7/2023 | Motion for *Brady* Materials |
| 11/28/2023 | Government's Opposition |
| 12/12/2023 | Ms. Cherwitz and Ms. Daedone's Reply |

**Motion to Dismiss**

      Ms. Cherwitz and Ms. Daedone intend to make a motion to dismiss the Indictment. Because resolution of Ms. Cherwitz and Ms. Daedone's bill of particulars motion and additional information that may come to light as a result of their motion to compel production of *Brady* materials may impact the motion to dismiss, the parties propose that the Court set a motion schedule for any motion to dismiss after resolution of Ms. Cherwitz and Ms. Daedone's *Brady* and bill of particular motions.

Respectfully submitted,

| | |
|---|---|
| */s/ Julia Gatto* | */s/ Jenny R. Kramer* |
| Julia Gatto | Jenny R. Kramer |
| Reid H. Weingarten | Rachel Finkel |
| STEPTOE & JOHNSON LLP | ALSTON & BIRD LLP |
| 1114 Avenue of the Americas | 90 Park Avenue |
| New York, NY 10036 | New York, NY 10016 |
| 212-506-3900 | 212-210-9400 |
| jgatto@steptoe.com | jenny.kramer@alston.com |
| rweingarten@steptoe.com | rachel.finkel@alston.com |
| *Counsel for Defendant Nicole Daedone* | *Counsel for Defendant Rachel Cherwitz* |

cc:     All Parties and counsel of record (redacted via ECF, unredacted via email)