# Gov't Exhibit 2

United States v. Cherwitz et al., 23-CR-146 (DG)



allegations so they might have to release it. I can tell you what they have and what they showed me if you want. They said it would save them a lot in legal fees and you could avoid all of this drama by writing to the bbc and telling them the allegations aren't accurate. Not even that they're false but that they're not 100 % accurate (which I think is probably the case).

I know this sucks but things are getting out of hand and I think you're the only one who can make it stop.

Also they have evidence that you advised  on who to talk to or something like that... which would violate your agreement.

I thought you'd want to know these things.

The criminal investigation thing is not going away and it's being fueled by the media. And although I know you think they deserve it, they're going to have to fight back which is going to have an impact on you. So I fully respect whatever