# Gov't Exhibit 4

United States v. Cherwitz et al., 23-CR-146 (DG)



**From:** Jane Doe
**Sent:** Tuesday, November 8, 2022 3:43 AM
**To:** McGinnis, Elliot C. (NY) (FBI)
**Subject:** [EXTERNAL EMAIL] - Fwd: Hi friend


---------- Forwarded message ---------
**From:** OT Member-1
**Date:** Sat, Oct 29, 2022 at 12:05 AM
**Subject:** Hi friend
**To:** Jane Doe

Hey Jane Doe

There is a lot going on that I feel that I need to fill you in on. In the last couple of weeks I have become aware that the footage that was sold to Netflix likely included a lot of my time in OT and that I might be in the documentary. Appearing in this documentary would go against my personal interests and could really jeopardize the business I've built... especially seeing the trailers come out under the genre of True Crime. Being associated with an allegedly criminal organization is damaging to me and hundreds of other people who have moved on and created lives, families, and businesses on the heels of our onetaste experiences.

So I have signed the petition to Netflix to cease and desist, and I have been talking to a lot of people and have become willing and ready to talk to the media as well. Because so far what has been depicted in the media feels false. The allegations of rape and sexual assault... I never heard about them before they came out in the media. For all the years you and I have been friends, you never once mentioned them to me. I haven't pressed you about it because I haven't paid particular attention and didn't much care, but the stakes are higher than ever now. And I don't want to see people charged for crimes that did not happen. I care about the truth.

I had a conversation yesterday with ⬛ because during the time of the alleged events, the time leading up to your departure, and the time after, I think the three of us together have a pretty well rounded perspective. We were all close to you during different parts of the timeline and we spoke in order to try and fill each other in, understand what we were missing, etc. What we found in speaking to each other is that we all three had heard basically the same story from you, and that you'd never told any of us about the serious allegations covered in the media.

In the absence of communication with you, the best I can do is to look at as much evidence as possible and try to discern the truth, relying predominantly on my own experience and observations.

1

I wanted to be the one to tell you that I am speaking out on this. I want you to know that I am not against you. I've always had your back. But I don't think these things happened as reported and I think that leaving these allegations unchecked has been hugely irresponsible on your part. There are grave consequences for allegations of this nature. So I can't just stand by. It's gotten out of control...

And the last thing I will say is that I have become privy to the behind the scenes at onetaste and they have spent the last several years organizing everything they have (which is a LOT) into chronological order, and aligning it all with the timeline of events as portrayed in the media. They have talked to countless people who were there during that time. And all of this evidence combined makes it crystal clear that the allegations are simply false. And in order to prove this they are going to have to share a lot of material that I promise you... you do not want coming out. It's devastating,  I do not want you to go through this. Yes, I have personal interest in not having this Netflix Doc come out, but I think you especially should be doing everything in your power to prevent the media storm that is about to sweep you up and take over your life.

Netflix has made it clear that they are taking all the past media pieces as established fact and that they will not vet any of the supporting evidence. So if any of those past allegations are retracted, Netflix has to withdraw or re-edit. And this avoids a flurry of inevitably ensuing lawsuits of which you will no doubt be a central figure.

I'm here if you want to talk. Happy to do anything I can to help. I love you.

OT Member-1