

303 Van Brunt Street, 1st Floor
Brooklyn, New York 11231

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

**VIA ELECTRONIC FILING**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *U.S. v. Cherwitz, et el.*, No. 23-cr-146 (DG)

Dear Judge Gujarati:

Pursuant to this Court's order, on behalf of both Defendants, the Memorandum of Law in Support of Defendants' Reply to the Government's Opposition to Defendants' Joint Motion to Dismiss at ECF No. 140 was incorrectly filed. Defendants respectfully request this Court consider ECF No. 141 and strike ECF No. 140. Thank you.

Respectfully Submitted,

/s/ASHLEY COHEN
*Counsel for Nicole Daedone*
Bonjean Law Group, PLLC
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
718-875-1850
Ashley@bonjeanlaw.com

/s/ IMRAN ANSARI
*Counsel for Rachel Cherwitz*
Imran Ansari
Aidala, Bertuna & Kamins PC
546 Fifth Avenue, 6th Floor
New York, NY 10036
(212) 486-0011
iansari@aidalalaw.com