UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America

           v.

Rachel Cherwitz and Nicole Daedone,

                     Defendants.

-----------------------------------------------------------------X

**VERDICT FORM**
23-CR-00146 (DG)

<u>FORCED LABOR CONSPIRACY</u>

How do you find the Defendant Rachel Cherwitz?

    Guilty ___X___              Not Guilty _____

How do you find the Defendant Nicole Daedone?

    Guilty ___✗___              Not Guilty _____

Dated: ____6/9____, 2025
      Brooklyn, New York

_____
FOREPERSON

