# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 23 CR 146 |
| Plaintiff, | ) |
| | ) Honorable Diane Gujarati |
| v. | ) |
| | ) |
| NICOLE DAEDONE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL AFFIDAVIT OF KELSEY H. KILLION, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NICOLE DAEDONE

I, Kelsey H. Killion, Esq., being duly sworn, depose and say:

1. I am one of the attorneys that represent Defendant Nicole Daedone in the above-captioned matter.
2. I respectfully submit this supplemental affidavit in support of my motion to withdraw as counsel for Ms. Daedone [Dkt. 427], pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.1(b).
3. In compliance with the Court's August 6, 2025, Order, I hereby affirm the following:
    (a) I have served upon Ms. Daedone a copy of my previously-filed motion to withdraw, as well as this supplemental affidavit, by United States mail.
    (b) I am not asserting any lien in connection with my representation of Ms. Daedone.
4. For the reasons outlined in my initial affidavit and the instant supplemental affidavit, I respectfully request that this Court grant my motion to withdraw as counsel for Ms. Daedone.

Dated: August 8, 2025
      Bozeman, Montana

Respectfully submitted,

/s/ Kelsey H. Killion_____

Kelsey H. Killion, Esq.
53 W Jackson Blvd., Suite 1424
Chicago, IL 60604
(773) 505-5696
killion@kelseyhkillionlaw.com

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on August 8, 2025.

       Respectfully submitted,

       /s/ Kelsey H. Killion

       Kelsey H. Killion, Esq.
       53 W Jackson Blvd., Suite 1424
       Chicago, IL 60604
       (773) 505-5696
       killion@kelseyhkillionlaw.com