UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,      :

                                               :

-vs-                                         :      Case No. 1:23-cr-00146-DG-RML

RACHEL CHERWITZ, NICOLE      :
DAEDONE,

               Defendants.    :
-------------------------------------------------------X

## NOTICE OF MOTION AND REQUEST FOR ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE OF ASHLEY COHEN

PLEASE TAKE NOTICE that, pursuant Local Civil Rule 1.4 and Local Criminal Rule 1.1(b) of the Eastern District of New York, upon the accompanying Declaration of Ashley Cohen dated December 10, 2025, Bonjean Law Group PLLC will move this Court before the Honorable Diane Gujarati, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be designated by the Court, to withdraw Ashley Cohen as counsel of record for the Defendant, Nicole Daedone ("Defendant"). Defendant will continue to be represented by counsel of record Jennifer Bonjean and Gabriella Orozco of Bonjean Law Group PLLC. The motion for leave for Ashley Cohen to withdraw is based on her no longer being employed at Bonjean Law Group PLLC. Ms. Cohen does not assert a retaining or charging lien. This application for withdrawal is being shared with Defendant and to counsel for Plaintiff through this filing.

Dated: December 10, 2025                                  Respectfully submitted,

                                                                                By: /s/ ASHLEY COHEN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on December 10, 2025, I filed the foregoing Notice of Motion and Request for Order Granting Leave to Withdraw Appearance of Ashley Cohen on the parties of record via the Court's electronic filing system.

/s/ ASHLEY COHEN
ASHLEY COHEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
-vs-                                                           :
:       Case No. 1:23-cr-00146-DG-RML
:
RACHEL CHERWITZ, NICOLE         :       **DECLARATION OF ASHLEY**
DAEDONE,                                          :       **COHEN IN SUPPORT OF**
:       **MOTION TO WITHDRAW AS**
:       **COUNSEL OF RECORD**
                      Defendants.            :
-----------------------------------------------------X

I, Ashley Cohen, hereby declare as follows:

1. I am an attorney formerly employed by Bonjean Law Group PLLC ("Bonjean Law Group") and respectfully submit this Declaration in support of the Motion for Ashley Cohen to withdraw as counsel of record pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.1(b).

2. As of December 3, 2025, I am no longer affiliated with the Bonjean Law Group.

3. Jennifer Bonjean and Gabriella Orozco will continue to represent Defendant Nicole Daedone as counsel in this action.

4. The withdrawal of my appearance as counsel of record will not have a materially adverse effect on Defendant, as she will continue to be represented by the remaining counsel of record.

5. My withdrawal of appearance will not materially affect the progress of the case.

6. I am not asserting any retaining or charging lien.

7. This application has been provided to Ms. Daedone.

8. A copy of a proposed Order is attached hereto for Your Honor's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 10, 2025                     /s/ ASHLEY COHEN
                                             ASHLEY COHEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on December 10, 2025, I filed the foregoing Notice of Motion and Request for Order Granting Leave to Withdraw Appearance of Ashley Cohen on the parties of record via the Court's electronic filing system.

/s/ ASHLEY COHEN
ASHLEY COHEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
:
:
-vs-                                              :
:  Case No. 1:23-cr-00146-DG-RML
:
RACHEL CHERWITZ, NICOLE       :
DAEDONE,                                       :
:
:
:
                        Defendants.        :
-------------------------------------------------------X

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Motion for Ashley Cohen to Withdraw as Counsel of Record is GRANTED. The clerk is directed to remove Ashley Cohen as counsel of record for Defendant Nicole Daedone.

BY THE COURT:

_____
**The Honorable Diane Gujarati**