# EXHIBIT B
U.S. v. Nicole Daedone
23-CR-146 (DG)

