

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

December 15, 2025

*Via ECF*

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>United States v. Nicole Daedone and Rachel Cherwitz, 23-CR-146</u>

Dear Judge Gujarati:

    Defendant Daedone respectful requests an extension until January 6, 2026 to file her opposition to the government's motion for forfeiture. The government does not object.

    The reasons for the request are as follows: On December 10, 2025, the government filed a lengthy and legally complex motion for forfeiture that is 11 pages single-spaced. The motion contains factual assertions that undersigned counsel is not yet able to refute or concede. Moreover, the government has made aggressive arguments attempting to expand the law in a way that is new and novel. The opposition will take considerable time and effort. Due to undersigned counsel's other equally important professional obligations, including deadlines for two appellate briefs between December 12 and December 18; three previously scheduled depositions between December 11 and December 18; a hearing in state court in Chicago on December 17, a response to the government's request for a *Fatico* hearing in another matter that is pending before Judge Vitaliano and which is scheduled for a sentencing hearing on December 19, 2025. Complicating matters, Ms. Cohen who was Bonjean Law Group's manager no longer works for the firm placing additional responsibilities on undersigned counsel. To be frank, undersigned counsel has had not even a minute to turn her attention to this forfeiture opposition which is no small project. A week is insufficient time to give this motion proper consideration and to afford Ms. Daedone effective assistance of counsel - under even the best of circumstances.

    In addition, the Christmas holiday is fast approaching. Undersigned counsel has four children who are home for the holidays, and she intends to do her very best to be present for the holidays. Additionally, undersigned counsel and her family have a family

vacation to Europe scheduled for the week after Christmas. That vacation was planned and paid for many months ago. She returns on January 3, 2026.

In light of the foregoing, namely undersigned counsel's other professional obligations, the holidays and pre-planned family vacation, and the amount of work that will be required to competently respond to the government's motion, undersigned counsel respectfully requests until January 6, 2026 to file her opposition.

This is Ms. Daedone's first request for an extension as it relates to the government's forfeiture motion.

Sincerely,

/s/JENNIFER BONJEAN
*Attorney for Nicole Daedone*