

LAW GROUP, PLLC

233 Broadway, Suite 707
New York, NY 10279

53 W Jackson Blvd, Suite 315
Chicago, Illinois 60604

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

March 29, 2026

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <em>United States v. Cherwitz, et al.</em><br>Criminal Docket No. 23-146 (DG)

Dear Judge Gujararti:

Citing Federal Rule of Criminal Procedure 32, the government objects to Defendants' request to play short videos at sentencing, reflecting on their history and character. The government concedes, as it must, that Rule 32(i)(1) is not a limitation on material this Court may consider at sentencing; it merely identifies what the Court *must* consider. *See United States v. Degroate,* 940 F. 3d 167, 175 (2d Cir. 2019) (stating that Rule 32 gives only four parties an *explicit* right to speak at sentencing).

Of course, it is at this Court's discretion to allow or disallow the playing of the videos. Defendants never suggested that Defendants have the explicit right to do so. But the government fails to explain any meaningful objection to the request. The videos are short and contain the same type of information that defense counsel would have every right to argue at sentencing. In fact, playing the videos will expedite the proceedings, obviating defense counsel's need to cover the mitigation set forth in the video.

Sincerely,

/s/JENNIFER BONJEAN

/s/CELIA A. COHEN