UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,         :

                                :

     v.                        :        Case No. 1:23-cr-00146-DG

                                :

                                :

NICOLE DAEDONE,           :        **NOTICE OF APPEARANCE**

                                :

             Defendant.     :

------------------------------------------x

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Alexandra A.E. Shapiro of Shapiro Arato Bach LLP, as Defendant Nicole Daedone's appellate counsel, hereby appears as counsel for Ms. Daedone in the above-captioned matter for the limited purpose of filing a notice of appeal of her conviction and sentence (Dkt. 521).

I certify that I am admitted to practice in this Court.


Dated: April 10, 2026
      New York, New York                    Respectfully submitted,

                                         /s/ Alexandra A.E. Shapiro
                                       Alexandra A.E. Shapiro
                                       SHAPIRO ARATO BACH LLP
                                       1140 Avenue of the Americas, 17th Fl.
                                       New York, NY 10036
                                       (212) 257-4881
                                       ashapiro@shapiroarato.com

                                       *Attorney for Defendant Nicole Daedone*